THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA
Assistant United States Attorney
California State Bar No. 187101
     300 North Los Angeles Street
     Room 7516, Federal Building
     Los Angeles, California  90012
     Telephone: (213) 894-6117
     Facsimile: (213) 894-7819
     Email: sharla.cerra@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DONALD L. JONES,<br><br>       Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>       Defendant. | EDCV 06-1025 MAN<br><br><br><br><br>**JUDGMENT**<br><br>**FOR THE PLAINTIFF** |

     The Court having approved the parties' stipulation to reopen the case for the purpose of entering judgment for the plaintiff and the case having been reopened for that purpose, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is hereby rendered for the Plaintiff.

DATE: May 13, 2008


                         /s/
                 MARGARET A. NAGLE
            United States Magistrate Judge