1  WILLIAM M. KUNTZ   # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff

5

6

7

8              UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                   EASTERN DIVISION

10

11 DONALD JONES,              )    No.  EDCV 06-1025 MAN
                              )
12         Plaintiff,         )    [PROPOSED] ORDER AWARDING
                              )    EAJA FEES
13      v.                    )
                              )
14 MICHAEL J. ASTRUE,         )
   Commissioner of Social Security,   )
15                            )
           Defendant.         )
16 _____ )

17

18      Based upon the parties' Stipulation for Award of EAJA Fees

19 ("Stipulation"),

20      **IT IS ORDERED** that Plaintiff is awarded attorney fees under the Equal

21 Access to Justice Act, ("EAJA") in the amount of FIVE HUNDRED FIVE

22 DOLLARS and no/cents ($505.00), as authorized by  28 U.S.C. § 2412 (d), and

23 subject to the terms and conditions of the Stipulation.

24      DATED: July 28, 2008

25

26      _____
                 /s/
27         MARGARET A. NAGLE
        UNITED STATES MAGISTRATE JUDGE

28

                           1